UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE KRUSE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-1566-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12] |

　　　Plaintiff Nichole Kruse and Defendants Midland Credit Management, Inc. and Midland Funding, LLC move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  *See* Doc. No. 12.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party must bear its own costs and attorneys' fees.  The Court retains jurisdiction over enforcement of the settlement agreement.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

　　　**IT IS SO ORDERED**.

Dated:  March 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge